**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOANN RYALS and LORI PIERSOL, | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| vs. | ) CASE NO. 08-CV-91-JHP-FHM |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY a foreign insurance company, | ) ) ) |
| | ) |
| DEFENDANT. | ) |

## OPINION AND ORDER

Defendant State Farm Fire and Casualty Company's Motion to Compel More Compete Answers to Interrogatories and Requests for Production to Lori Piersol and Joan Ryals [Dkt. 21] is before the Court for decision. Plaintiffs have filed a Response [Dkt. 26] and Defendant has filed a Reply [Dkt. 27]. The matter is therefore ready for disposition.

Plaintiffs submitted a claim to Defendant for a theft loss in 2004. While that claim was being investigated by Defendant, Plaintiffs withdrew the claim. Plaintiffs thereafter filed this case, claiming that Defendant's handling of the original theft loss claim constituted a breach of contract and bad faith.

Defendant's Motion to Compel seeks more complete responses to Defendant's discovery requests that relate to the validity of Plaintiffs' original theft loss claim. In response, Plaintiffs argue that Defendant's discovery requests are irrelevant because this case does not involve the validity of the original theft loss claim. Rather, Plaintiffs contend that this case is limited to the Defendant's conduct in handling the original theft loss claim.

The Court rejects Plaintiffs' narrow construction of what is relevant for discovery purposes in this case. Full discovery of Plaintiffs' original theft loss claim is a proper subject of discovery in this case. Information concerning whether the Plaintiffs' original theft loss claim was valid may lead to the discovery of admissible evidence concerning Defendant's liability on the contract, Plaintiffs' damages, and Plaintiffs' credibility.

The Court, therefore GRANTS Defendant's Motion to Compel [Dkt. 21] and orders Plaintiffs to fully respond by August 29, 2008, to Defendant's discovery requests set forth Defendant's Motion to Compel [Dkt. 21].

SO ORDERED this 20th day of August, 2008.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE